IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROW EQUIPMENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:17-cv-480-GMB |
| | ) |
| GLOBAL ENERGY SOLUTIONS, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ROW Equipment, Inc., Defendant Global Environmental Solutions, Inc. d/b/a Global Energy Solutions, Inc., Defendant Philadelphia Indemnity Insurance Company, and Defendant Price Gregory International, Inc., being all the remaining parties to this Action, hereby represent to the Court this action has been settled, that all conditions set forth in their settlement agreement have been satisfied, and that this Action is due to be dismissed, with prejudice, with each party to bear its own costs.

Dated: September 6, 2017

*/s/ Gregory H. Revera*
Gregory H. Revera
Revera Law Firm LLC
120 Holmes Ave NE - Ste 303
Huntsville, AL 35801
256-217-4554
Email: ReveraLaw@gmail.com

and
Bethany Sneed
Harrison Gammons & Rawlinson PC

1

EXHIBIT C

2430 L & N Drive
Huntsville, AL 35801
256-533-7711
Email: bethany@hgrpc.com

and
James Robert McKoon, Jr.
McKoon & Gamble
P. O. Box 3220
Phoenix City, AL 36868-3220
334-297-2300
Fax: 334-297-2777
Email: jrmckoon@aol.com

*Attorneys for Plaintiff ROW Equipment, Inc.*

W.F. Horsley
Samford & Denson LLP
709 Ave A
Opelika, AL 36801
334-745-3504
Fax: 334-745-3506
Email: horsley@samfordlaw.com

and
John E. Seago
Seago & Carmichael
8126 One Calais Ave - Ste 2C
Baton Rouge, LA 70809
225-766-5805
Fax: 225-766-5812
Email: jes@sclawcorp.com

*Attorneys for Defendant Global
Environmental Solutions, Inc.
d/b/a Global Energy Solutions, Inc.
and Defendant Philadelphia
Indemnity Insurance Company*

William Claude McGowin
Bradley Arant Boult Cummings LLP

445 Dexter Avenue; Suite 9075
Montgomery, AL 36104
334-956-7700
Fax: 334-956-7701
Email: wmcgowin@babc.com

and
James Frederick Archibald, III
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
205-521-8520
Fax: 205-488-6520
Email: jarchibald@bradley.com

*Attorneys for Defendant Price Gregory International, Inc.*

EXHIBIT C

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama by using the CM/ECF system on ~~September~~ 6th, 2017. Participants in the case will be served by the Court's CM/ECF system:
Oct.

Gregory H. Revera
REVERA LAW FIRM, LLC
120 Holmes Ave. Ste. 303
Huntsville, AL 35801
(256) 217-4554
reveralaw@gmail.com

Bethany H. Sneed
HARRISON, GAMMONS & RAWLINSON, P.C.
2430 L & N Drive
Huntsville, AL 35801
(256) 533-7711
bethany@hgrpc.com

James R. McKoon, Jr.
MCKOON & GABLE
P.O. Box 3220
Phoenix City, AL 36868

*ATTORNEYS FOR ROW EQUIPMENT, INC.*

John E. Seago
SEAGO & CARMICHAEL
8126 One Calais Ave., Suite 2-C
Baton Rouge, Louisiana 70809
(225) 766-5805
jes@sclawcorp.com

W. F. Horsley
Samford & Denson, LLP
709 Ave. A.
Opelika, AL 36801
(334) 745-3504
horsley@samfordlaw.com

*ATTORNEYS FOR GLOBAL ENERGY SOLUTIONS, INC. and PHILADELPHIA INDEMNITY INSURANCE COMPANY*

Attorney for Price Gregory International, Inc.