IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROW EQUIPMENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:17-cv-480-GMB |
| | ) |
| GLOBAL ENERGY SOLUTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

In light of the parties' joint Stipulation for Dismissal with Prejudice (Doc. 18), it is ORDERED that this action is DISMISSED with prejudice, each party to bear its own costs.

The Clerk of Court is DIRECTED to close the file.

DONE this 12th day of October, 2017.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE